UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

    Marilyn D Kirchner-Castro aka
    Marilyn D Kirchner,

                                Debtor.
-------------------------------------------------------X

Chapter: 7
Case # 15-75225-las

**NOTICE OF APPEARANCE**

SIR:

    **PLEASE TAKE NOTICE** that JPMorgan Chase Bank, NA hereby appears in the above action, and demands that all papers in the case be served on JPMorgan Chase Bank, NA at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: November 15, 2016
       Plainview, New York

                                    _____
                                    Rosicki, Rosicki & Associates, P.C.
                                    Attorneys for JPMorgan Chase Bank, NA.
                                    By: Barbara Dunleavy, Esq.
                                    Main Office: 51 E. Bethpage Road
                                    Plainview, New York 11803
                                    Phone: 516-741-2585
                                    Email: bkmail@rosicki.com

TO:

Peter Corey, Esq.
Macco & Stern, LLP
Attorneys for Debtor
2950 Express Drive South
Suite 109
Islandia, NY 11749

Kenneth Kirschenbaum, Esq.
Kirschenbaum & Kirschenbaum
Attorneys for Chapter 7 Trustee
200 Garden City Plaza
Suite 500
Garden City, NY 11530-3302

Steven B. Sheinwald, Esq.
Kirschenbaum & Kirschenbaum
Attorneys for Chapter 7 Trustee
200 Garden City Plaza
Suite 500
Garden City, NY 11530-3302

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the following parties:

Peter Corey, Esq.
Macco & Stern, LLP
2950 Express Drive South
Suite 109
Islandia, NY 11749

Kenneth Kirschenbaum, Esq.
Kirschenbaum & Kirschenbaum
200 Garden City Plaza
Suite 500
Garden City, NY 11530-3302

Steven B. Sheinwald, Esq.
Kirschenbaum & Kirschenbaum
200 Garden City Plaza
Suite 500
Garden City, NY 11530-3302

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

November  15  2016

_____
Loni Abramowitz

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:

    Marilyn D Kirchner-Castro aka
    Marilyn D Kirchner,

                           Debtor.
--------------------------------------------------------X


# NOTICE OF APPEARANCE


**ROSICKI, ROSICKI  & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803